[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

SEP 09 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Victor Vatkins )
Plaintiff )
)
)
v. )
STAFF Mark Corporate )
)
Defendant )

**United States District Court**
**Northern District of Illinois**

**1:19-cv-06013**
**Judge John Robert Blakey**
**Magistrate Judge Sidney I. Schenkier**

**COMPLAINT**

I Applied for Employment AT STAFF Mark 1300 E
Woodfield Rd on July 30th 2019 for a Welders position
Gayla Sotiroun interveid me And Drug tested me
2 weeks later I Called Gayla Sotiroun And was informed
I was Denied Employment based on my Criminal background
STAFF Mark used A 3rd party Company "Assurance" to
Do the Background Check but failed to notify me in
Writing of the results of the background Check this
Violates the Fair Credit Report Act Plaintiff is
Requesting 1,000.00 Dollars in Compensation for this
Violation Federal Law say he is Entitled to

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]